**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRYETT O. WOODS,<br><br>     Plaintiff<br><br>v.<br><br>STORE FRONT/VALLEY BEHAVIORAL HEALTH,<br><br>     Defendant | Case No.: 2:24-cv-00476-APG-MDC<br><br>**Order Accepting Report and Recommendation and Dismissing Case** |

On April 30, 2024, Magistrate Judge Couvillier recommended that I dismiss this case because plaintiff Terryett Woods did not either complete a long-form application to proceed in forma pauperis or pay the filing fee by the given deadline. ECF No. 4. Woods did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 4) is accepted, and plaintiff Terryett Woods' complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 16th day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE