UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Terryett O. Woods,

               Plaintiff(s),

vs.

Store Front/ Valley Behavioral Health,

               Defendant(s).

2:24-cv-00476-APG-MDC

**ORDER STRIKING IFP**

Pending before the Court is *pro se* plaintiff Terryett O. Woods's *Motion/Application for Leave to Proceed In Forma Pauperis* ("IFP") (ECF No. 6). District courts have authority to strike an improper filing under their inherent power to control the docket. *E.g., Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010); *Metzger v. Hussman*, 682 F. Supp. 1109, 1110-11 (D. Nev. 1988). "Striking material under the Court's inherent power is wholly discretionary." *Fed. Nat'l Mortg. Assoc. v. Willis*, 2016 U.S. Dist. LEXIS 142521, 2016 WL 11247554, at *1 (D. Nev. Oct. 14, 2016). Courts also have a general duty to avoid deciding unnecessary issues. *See, e.g., U.S. SEC & Exch. Comm'n v. Jensen*, 835 F.3d 1100, 1113 n.6 (9th Cir. 2016). The Court notes that plaintiff's complaint was dismissed without prejudice on May 16, 2024, and that her case was closed. Therefore, the Court finds plaintiff's IFP application is an inappropriate filing and strikes the application.

ACCORDINGLY,

**IT IS ORDERED that:**
1. Plaintiff's IFP application (ECF No. 6) is STRICKEN. The case will remain closed.
2. If plaintiff wishes to pursue her claim, she must file a new case with the Court, under a new case number.

DATED this 14th day of July 2024.

IT IS SO ORDERED.

                                                _____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge